# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

THURGOOD MARSHALL UNITED STATES COURTHOUSE
40 FOLEY SQUARE
NEW YORK, NY 10007
212-857-8500

## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE INSTRUCTIONS

The Acknowledgment and Notice of Appearance form requires all parties to provide contact information, any required corrections to the caption, a review of the parties' appellate designations, and information regarding any related cases before this Court. Counsel must also certify that they have been admitted to this Court and have complied with all rules regarding admission renewal or that they have applied for admission to this Court. If the Court has not yet admitted counsel or approved counsel for renewed admission, personal contact information for each represented client must be provided on Addendum A. In accordance with Local Rule 12.3(a), this form must be completed and returned within 14 calendar days of receipt of the docketing notice.

Each lead counsel of record or individual appearing *pro se* must complete this form. Any attorney acting as a substitution or amicus counsel or any attorney other than lead counsel of record wishing to enter the case must file a separate notice of appearance on the Notice of Appearance for Substitution, Additional, or Amicus Counsel form provided on the court's website.

Counsel of record must be admitted to the bar of this Court or be otherwise eligible to argue an appeal. The Court requires <u>written</u> *pro hac vice* motions filed before filing the notice of appearance. Admission *pro hac vice* will be extended as a matter of course to a member of the bar of a district court within the circuit who has represented a criminal defendant at trial and continues representation on an appeal taken pursuant to the Criminal Justice Act. *See* Local Rule 46.1(d)(1). Counsel, however, are encouraged to apply for general admission to this Court as soon as they meet the qualifications.

For information concerning attorney admissions and renewals, visit the court's website at www.ca2.uscourts.gov or contact Admissions in the Clerk's Office at 212-857-8603 or 212-857-8640.

## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: _____   Docket No.: _____

Lead Counsel of Record (name/firm) or Pro se Party (name): _____
_____
Appearance for (party/designation): _____

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(  ) Correct
(  ) Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
(  ) Correct
(  ) Incorrect.  The following parties do not wish to participate in this appeal:
    Parties: _____
(  ) Incorrect.  Please change the following parties' designations:
    Party                                 Correct Designation


**Contact Information** for Lead Counsel/Pro Se Party is:
(  ) Correct
(  ) Incorrect or Incomplete, and should be amended as follows:

Name: _____
Firm: _____
Address: _____
Telephone: _____   Fax: _____
Email: _____

### RELATED CASES

(  ) This case has not been before this Court previously.
(  ) This case has been before this Court previously.  The short title, docket number, and citation are: _____
_____
(  ) Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are: _____
_____
_____

### CERTIFICATION

I certify that (  ) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that (  ) I applied for admission on _____ or renewal on _____.  If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _____
Type or Print Name: _____
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
(  ) I am a pro se litigant who is not an attorney.
(  ) I am an incarcerated pro se litigant.

ADDENDUM A TO ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

**Instructions:** This addendum must be (1) completed by counsel whom the Court has not yet admitted or approved for renewed admission, (2) submitted in CM/ECF as a separate attachment when filing the Acknowledgment and Notice of Appearance (use the multiple attachments option in CM/ECF when filing the Acknowledgment and Notice of Appearance) with client personal contact information redacted, and (3) submitted in unredacted form in accordance with the procedures outlined in Interim Local Rule 25.2(c) and (d). If counsel represents multiple parties in the same appeal for which the Acknowledgment and Notice of Appearance is being filed, the attorney must separately list each client and provide the client's personal contact information. Attach additional pages as necessary.

**Case Information:**

Short Title: _____  Docket Number: _____

**Personal Contact Information:**

Client 1:

Name: _____
Address: _____
Telephone: _____  Fax: _____
Email: _____

Client 2:

Name: _____
Address: _____
Telephone: _____  Fax: _____
Email: _____

Client 3:

Name: _____
Address: _____
Telephone: _____  Fax: _____
Email: _____

Client 4:

Name: _____
Address: _____
Telephone: _____  Fax: _____
Email: _____

Client 5:

Name: _____
Address: _____
Telephone: _____  Fax: _____
Email: _____